

NUMBER 13-11-00748-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| ALICIA OLABARRIETA AND ADALBERTO OLABARRIETA, | APPELLANTS, |
| v. | |
| COMPASS BANK, | APPELLEE. |

**On appeal from the 206th District Court of Hidalgo County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza Memorandum Opinion Per Curiam**

The appellants' brief in the above cause was due on April 12, 2012. On April 23, 2012, the Clerk of the Court notified appellants that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of the

Court's letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief. To date, no response has been received from appellants.

Appellants have failed to either reasonably explain their failure to file a brief, file a motion for extension of time to file the brief, or file the brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM

Delivered and filed the
7th day of June, 2012.